UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                      Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC,

                      Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 2, 2022, Defendant Free Speech Systems, LLC filed a voluntary petition for bankruptcy under Chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy") in the U.S. Bankruptcy Court for the Southern District of Texas. (See ECF No. 13). Defendant is entitled to an automatic stay of "the commencement or continuation . . . of a judicial . . . proceeding against the debtor that was . . . commenced before" the Bankruptcy. 11 U.S.C. § 362(a)(1). Accordingly, the Court orders as follows:

1. This action is STAYED pending resolution of the Bankruptcy;

2. The initial case management conference scheduled for February 28, 2023 is ADJOURNED sine die; and

3. By **May 2, 2023 and every 90 days thereafter**, the parties shall file a joint letter reporting on the status of the Bankruptcy.

Dated:     New York, New York
              February 1, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**