UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 1, 2023, the Court stayed this action pending resolution of Defendant's bankruptcy proceedings (the "Bankruptcy"), and directed the parties to file a joint letter (the "Letter") reporting on the status of the Bankruptcy by May 2, 2023. (ECF No. 14 (the "Feb. 1 Order")). The parties did not file the Letter in accordance with the Feb. 1 Order. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **May 4, 2023**.

Dated:      New York, New York
              May 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**