UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 5, 2023, the Court directed the parties to file a joint letter (the "Letter") reporting on the status of Defendant's bankruptcy proceedings (the "Bankruptcy") August 2, 2023. (ECF No. 17). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **August 4, 2023**.

Dated:     New York, New York
             August 3, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**