UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                        Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC,

                        Defendant.

CIVIL ACTION NO. 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 16, 2024, the Court directed the parties to file a joint letter (the "Letter") reporting on the status of Defendant's bankruptcy proceedings by August 15, 2024. (ECF No. 31). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **August 20, 2024**.

Dated:      New York, New York
              August 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**