## The Law Office of Noor A. Saab
380 North Broadway, Penthouse West, Jericho, NY 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

May 9, 2025

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   Kevin Yan Luis v. Free Speech Systems LLC d/b/a Infowarsstore.com
      Case No. 1:22-cv-01594-PAE-SLC

To the Honorable Judge Paul A. Engelmayer,

Plaintiff submits this letter-motion, pursuant to Your Honor's Order dated April 11, 2025 (Docket #45), to extend the time to restore the case to the Court's calendar. The parties have reached a settlement in principle however the agreement has not been memorialized. We have reached out to the attorneys for the Defendant but have not received a response. We would like to request an additional thirty (30) days as it is our belief of that the agreement should be finalized and executed by June 9, 2025. This is the second time this relief is being requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
Noor A. Saab, Esq.

GRANTED.
SO ORDERED.

*[signature: Paul A. Engelmayer]*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: May 12, 2025