UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, <u>on behalf of himself and all others similarly situated</u>,

                     Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC,

                     Defendant.

CIVIL ACTION NO. 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, July 1, 2025, (the "Conference") it is ORDERED as follows:

1. The parties are **referred** to the Court-annexed Mediation Program. A mediation referral order will be entered separately. The parties shall participate and negotiate at the mediation in good faith, and a representative of each party with settlement authority shall attend the mediation.

2. Plaintiff made an oral request for a case management plan at the Conference, and that request is **DENIED without prejudice**, pending the mediation.

3. The parties shall order a transcript of the Conference.

Dated:     New York, New York
           July 1, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**