UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, <u>on behalf of himself and all others similarly situated</u>,

                    Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC,

                    Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the docket entry at ECF No. 56 advising that the mediation referral was closed. Further, the Court-annexed mediation program informed the Court that the mediation referral as closed because Defendant's counsel was unable to contact Defendant to confirm his attendance at the mediation scheduled for September 10, 2025. On or before **September 18, 2025**, Defendant's counsel shall file a letter advising the Court of the status of this matter.

Dated:     New York, New York
            September 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**