UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                         Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC d/b/a INFOWARSSTORE.COM,

                         Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion to withdraw (Dkt. No. 60 (the "Motion")) filed by Norman A. Pattis, Esq., counsel for Defendant Free Speech Systems LLC d/b/a InfoWarsStore.com (the "Defendant"). On or before **September 29, 2025**, Mr. Pattis shall file proof of service of the Motion on Defendant. On or before **October 13, 2025**, Defendant shall respond to the Motion.

Defendant is on notice that, as a corporate entity, it must appear through counsel in this action, and cannot appear pro se. See Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007) (explaining that "a limited liability company [] may appear in federal court only through a licensed attorney."); accord Kenyatta v. City of New York, 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. 2025).

The Court warns Defendant that if it fails to respond to the Motion, or if new counsel does not appear on behalf of Defendant, by **October 13, 2025**, the Court may permit Plaintiff to initiate

default proceedings against Defendant.

Dated: New York, New York
September 24, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge