UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, <u>on behalf of himself and all others similarly situated</u>,

                        Plaintiff,

-v-

FREE SPEECH SYSTEMS LLC d/b/a INFOWARSSTORE.COM,

                        Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

On September 23, 2025, Norman A. Pattis, Esq., counsel for Defendant Free Speech Systems LLC d/b/a InfoWarsStore.com (the "Defendant"), moved to withdraw as counsel. (Dkt. No. 60 (the "Motion")). On September 24, 2025, we (i) ordered Mr. Pattis to file proof of service of the Motion on Defendant by September 29, 2025, (ii) ordered Defendant to respond to the Motion by October 13, 2025, and (iii) reminded Defendant that it <u>must</u> appear through counsel in this action because it is a corporate entity. (Dkt. No. 61).[1] Mr. Pattis filed the required proof of service on September 29, 2025 (Dkt. No. 62), but Defendant neither responded to the Motion nor had new counsel appear on its behalf, despite the Court's warning that failure to timely respond to the Motion or have new counsel appear by October 13, 2025 may result in the Court permitting Kevin Yan Luis ("Plaintiff") to initiate default proceedings. (Dkt. No. 61). On October 14, 2025, Defendant having not responded to the Motion and new counsel having not

---

[1] <u>See</u> Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007) (explaining that "a limited liability company [] may appear in federal court only through a licensed attorney."); <u>accord</u> Kenyatta v. City of New York, 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. 2025).

appeared for Defendant, as a one-time courtesy, we sua sponte extended Defendant's deadline for new counsel to appear on its behalf until October 28, 2025.  (Dkt. No. 63).  To date, new counsel has not appeared on behalf of Defendant.

Accordingly, Plaintiff is **ORDERED** to request a Certificate of Default against Defendant from the Clerk of Court by **November 13, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **November 27, 2025**.

Dated:      New York, New York
             October 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**