UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all others similarly situated,

                              Plaintiff,

        -v-

FREE SPEECH SYSTEMS LLC d/b/a
INFOWARSSTORE.COM,

                              Defendant.

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 64, Plaintiff Kevin Yan Luis ("Plaintiff") was required to (i) request a Certificate of Default ("CoD") against Defendant Free Speech Systems LLC d/b/a InfoWarsStore.com (the "Defendant") from the Clerk of Court by November 13, 2025; and (ii) file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than November 27, 2025.  (Dkt. No. 64 at 2).  On November 13, 2025, Plaintiff filed a proposed CoD, which the Clerk of Court marked as deficient.  (Dkt. No. 65; Dkt. Entry dated Nov. 17, 2025).  On November 19, 2025, Plaintiff attempted to re-file the proposed CoD.  (Dkt. No. 66–67).  The Clerk of Court, however, again marked the proposed CoD as deficient and directed Plaintiff to re-file it.  (Dkt. Entries dated Nov. 24, 2025). To date, Plaintiff has not re-filed the proposed CoD.  On or before **December 8, 2025**, Plaintiff shall re-file the proposed CoD pursuant to the Clerk of Court's latest instructions provided on November 24, 2025.  (See Dkt. Entries dated Nov. 24, 2025).

Further, given that Plaintiff has not yet obtained the CoD against Defendant from the Clerk of Court, as a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** Plaintiff's deadline to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **December 15, 2025**.

<u>Plaintiff is warned that failure to re-file the proposed CoD by **December 8, 2025** and/or failure to obtain the CoD and file a Motion for Default Judgment by **December 15, 2025** may result in the Court dismissing this action for failure to prosecute.</u>

Dated:     New York, New York
           December 1, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2