UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| KEVIN YAN LUIS, <u>on behalf of himself and all others similarly situated</u>,<br><br>                         Plaintiff,<br><br>  -v-<br><br><br>FREE SPEECH SYSTEMS LLC d/b/a INFOWARSSTORE.COM,<br><br>                        Defendant. |

CIVIL ACTION NO.: 22 Civ. 1594 (PAE) (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 64, Plaintiff Kevin Yan Luis ("Plaintiff") was required to (i) request a Certificate of Default ("CoD") against Defendant Free Speech Systems LLC d/b/a InfoWarsStore.com (the "Defendant") from the Clerk of Court by November 13, 2025; and (ii) file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than November 27, 2025. (Dkt. No. 64 at 2). On November 13, 2025, Plaintiff filed a proposed CoD, which the Clerk of Court marked as deficient. (Dkt. No. 65; Dkt. Entry dated Nov. 17, 2025). On November 19, 2025, Plaintiff attempted to re-file the proposed CoD. (Dkt. No. 66–67). The Clerk of Court, however, again marked the proposed CoD as deficient and directed Plaintiff to re-file it. (Dkt. Nos. 66–67; Dkt. Entries dated Nov. 24, 2025). On December 1, 2025, the Court ordered Plaintiff to re-file the CoD by December 8, 2025, and <u>sua</u> <u>sponte</u> extended Plaintiff's deadline to file a Motion for Default Judgment to December 15, 2025. (Dkt. No. 68).

To date, Plaintiff has not re-filed the CoD.  As a final courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** Plaintiff's deadline to re-file the proposed CoD to **December 16, 2025** pursuant to the Clerk of Court's latest instructions, (<u>see</u> Dkt. Entries dated Nov. 24, 2025), and <u>sua</u> <u>sponte</u> **EXTENDS** Plaintiff's deadline to file a Motion for Default Judgment to **December 23, 2025** in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55.

<u>Plaintiff is warned that failure to re-file the proposed CoD by **December 16, 2025** and/or failure to obtain the CoD and file a Motion for Default Judgment by **December 23, 2025** will result in the undersigned recommending that the Court dismiss this action for failure to prosecute.</u>

Dated:      New York, New York
            December 9, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2